————o————

ANNA E. MILLER, et al., Plaintiffs in Error, vs. H. W. Mc-Cune, et al., Defendants in Error.

1. Miller vs. Bledsoe, ante p. 96, affirmed.

*Error to Crawford County Circuit Court.*

*P. E. Bland with A. McElhinney,* for Plaintiffs in Error.

*J. C. Kiskaddon,* for Defendants in Error.

NAPTON, Judge, delivered the opinion of the court.

The judgment in this case must be reversed, because the court gave the same instruction that was given in the case of Ann. E. Miller *et al.* vs. Bledsoe, *ante* p. 96, and of same plaintiffs vs. English. In regard to the other points in the case, we need only refer to our opinion in the case against Bledsoe.

The judgment is reversed and the cause remanded. The other judges concur.